Robert V. Prongay (SBN 270796)
  *rprongay@glancylaw.com*
Charles H. Linehan (SBN 307439)
  *clinehan@glancylaw.com*
Pavithra Rajesh (SBN 323055)
  *prajesh@glancylaw.com*
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Plaintiff Joseph Seppen*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH SEPPEN, Individually and On Behalf of All Others Similarly Situated, | Case No. |
| Plaintiff, | **CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS** |
| v. | |
| PRECIGEN, INC. F/K/A INTREXON CORPORATION, RANDAL J. KIRK, RICK L. STERLING, and JOEL LIFFMANN, | |
| Defendants. | |

Plaintiff Joseph Seppen ("Plaintiff"), individually and on behalf of all others similarly situated, by and through his attorneys, alleges the following upon information and belief, except as to those allegations concerning Plaintiff, which are alleged upon personal knowledge. Plaintiff's information and belief is based upon, among other things, his counsel's investigation, which includes without limitation: (a) review and analysis of regulatory filings made by Precigen, Inc. ("Precigen" or the "Company") f/k/a Intrexon Corporation ("Intrexon") with the United States ("U.S.") Securities and Exchange Commission ("SEC"); (b) review and analysis of press releases and media reports issued by and disseminated by Precigen; and (c) review of other publicly available information concerning Precigen.

## **NATURE OF THE ACTION AND OVERVIEW**

1.      This is a class action on behalf of persons and entities that purchased or otherwise acquired Precigen securities between May 10, 2017 and September 25, 2020, inclusive (the "Class Period"), seeking to pursue claims against the Defendants under the Securities Exchange Act of 1934 (the "Exchange Act").

2.      The Company develops technologies using synthetic biology, an evolving discipline that applies engineering principles to biological systems to enable design-based control of cellular function for a specific purpose. Its methane bioconversion platform ("MBP") purports to convert natural gas into commercial end products, such as isobutanol for gasoline blending, 2,3 Butanediol ("2,3 BDO") for conversion to synthetic rubber, and 1,4 Butanediol for polyester.

3.      Between May and November 2017, the Company touted that its MBP achieved yields of 2,3 BDO at profitable levels using "current natural gas and product prices." The Company then engaged in discussions with potential partners, including strategic and financial companies, to seize the purported $100 billion market opportunity.

4.      However, on February 28, 2019, the Company disclosed "that there is substantial doubt about its ability to continue as a going concern" because it lacked sufficient funding for operations beyond 12 months.

5.      On this news, the Company's share price fell $2.91, or 36%, to close at $5.06 per share on March 1, 2019, on unusually heavy trading volume. The stock price continued to fall during

the next trading session by $0.92, or 18%, to close at $4.14 per share on March 4, 2019, on unusually heavy trading volume.

6.    Then, on August 8, 2019, after the market closed, the Company announced that it would contribute the MBP and all its associated technologies and facilities to a newly formed company called MBP Titan, LLC. Though the Company would begin with a supermajority equity stake, the Company expected "to be dilutive in this enterprise."

7.    On this news, the Company's share price fell $0.67, or 8.8%, to close at $6.95 per share on August 9, 2019, on unusually heavy trading volume.

8.    By January 2020, MBP represented a small portion of the Company, which had been renamed Precigen to align with its focus on healthcare.

9.    Then, on March 2, 2020, after the market closed, the Company disclosed that it had been under investigation by the SEC since October 2018 "concerning the Company's disclosures regarding its methane bioconversion platform."

10.    On this news, the Company's share price fell $0.67, or 17%, to close at $3.24 per share on March 3, 2020, on unusually heavy trading volume.

11.    On August 10, 2020, after the market closed, the Company disclosed that it had "suspended MBP Titan's operations" as it "assess[ed] potential next steps relating to this intellectual property and MBP Titan's other long-lived assets."

12.    On this news, the Company's share price fell $0.52, or 10%, to close at $4.60 per share on August 11, 2020, on unusually heavy trading volume.

13.    On September 25, 2020, investors learned why the Company had not been able to capitalize the MBP, "the most valuable biotechnology ever created." Specifically, the SEC issued a cease-and-desist order in connection with misleading statements the Company had issued in 2017: the yields from MBP had been achieved using pure methane as a feedstock, rather than natural gas as the Company had claimed. Because pure methane gas costs $650 per unit, whereas natural gas costs $3 per unit, the MBP was not producing results at commercially profitable rates.

14.    Throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business,

operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that the Company used pure methane, rather than natural gas, as the feedstock to achieve the reported results from its methane bioconversion platform; (2) that yields from natural gas as a feedstock were substantially lower than yields using pure methane; (3) that, due to the substantial price difference between pure methane and natural gas, pure methane was not a commercially viable feedstock; (4) that, due to the high costs of pure methane, the Company could not sustain operations of the methane bioconversion platform without pursuing financial alternatives; (5) that, due to the reduced yields from natural gas and high costs of pure methane, the Company could not find a financial or strategic partner for its methane conversion platform; (6) that, as a result of the foregoing, the Company was forced to divest its methane bioconversion platform and associated intellectual property, allowing the Company to focus on its other strategic assets; (7) that the Company was under investigation by the SEC; and (8) that, as a result of the foregoing, Defendants' public statements were materially false and misleading at all relevant times.

15.     As a result of Defendants' wrongful acts and omissions, and the precipitous decline in the market value of the Company's securities, Plaintiff and other Class members have suffered significant losses and damages.

## JURISDICTION AND VENUE

16.     The claims asserted herein arise under Sections 10(b) and 20(a) of the Exchange Act (15 U.S.C. §§ 78j(b) and 78t(a)) and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. § 240.10b-5).

17.     This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331 and Section 27 of the Exchange Act (15 U.S.C. § 78aa).

18.     Venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391(b) and Section 27 of the Exchange Act (15 U.S.C. § 78aa(c)). Substantial acts in furtherance of the alleged fraud or the effects of the fraud have occurred in this Judicial District.  Many of the acts charged herein, including the dissemination of materially false and/or misleading information, occurred in substantial part in this Judicial District. The Company has offices in this District.

19.    In connection with the acts, transactions, and conduct alleged herein, Defendants directly and indirectly used the means and instrumentalities of interstate commerce, including the United States mail, interstate telephone communications, and the facilities of a national securities exchange.

## PARTIES

20.    Plaintiff Joseph Seppen, as set forth in the accompanying certification, incorporated by reference herein, purchased or otherwise acquired Precigen securities during the Class Period, and suffered damages as a result of the federal securities law violations and false and/or misleading statements and/or material omissions alleged herein.

21.    Defendant Precigen is incorporated under the laws of Delaware with its principal executive offices located in Germantown, Maryland. Precigen's common stock traded on the New York Stock Exchange ("NYSE") under the symbol "XON" until September 25, 2018, when it began trading on the NASDAQ market. On February 1, 2020, the Company changed its name to "Precigen, Inc." and its stock symbol to "PGEN."

22.    Defendant Randal J. Kirk ("Kirk") was, at all relevant times, the Chairman of the Board of the Company. He served as the Chief Executive Officer ("CEO") during the Class Period until February 2020.

23.    Defendant Rick L. Sterling ("Sterling") was, at all relevant times, the Chief Financial Officer ("CFO") of the Company.

24.    Defendant Joel Liffmann ("Liffmann") was the Senior Vice President of Finance of the Company from 2015 to April 2019.

25.    Defendants Kirk, Sterling, and Liffmann (collectively the "Individual Defendants"), because of their positions with the Company, possessed the power and authority to control the contents of the Company's reports to the SEC, press releases and presentations to securities analysts, money and portfolio managers and institutional investors, i.e., the market.   The Individual Defendants were provided with copies of the Company's reports and press releases alleged herein to be misleading prior to, or shortly after, their issuance and had the ability and opportunity to prevent their issuance or cause them to be corrected.   Because of their positions and access to

1  material non-public information available to them, the Individual Defendants knew that the adverse

2  facts specified herein had not been disclosed to, and were being concealed from, the public, and that

3  the positive representations which were being made were then materially false and/or misleading.

4  The Individual Defendants are liable for the false statements pleaded herein.

5  ## SUBSTANTIVE ALLEGATIONS

6  ### Background

7      26.    The Company develops technologies using synthetic biology, an evolving disciple

8  that applies engineering principles to biological systems to enable rational, design-based control of

9  cellular function for a specific purpose. Its methane bioconversion platform ("MBP") purports to

10  convert natural gas into commercial end products, such as isobutanol for gasoline blending, 2,3

11  Butanediol for conversion to synthetic rubber and 1,4 Butanediol for polyester.

12  **Materially False and Misleading**
**Statements Issued During the Class Period**

13

14      27.    The Class Period begins on May 10, 2017. On that day, the Company filed a Form

15  8-K (the "May 8-K") with the SEC announcing its financial results and position for the quarter

16  ended March 31, 2017. Attached to the May 8-K was a press release (the "May Press Release") and

17  a slideshow (the "May Slideshow"). Regarding the MBP, the May Press Release stated, in relevant

18  part:

19  **Business Highlights and Recent Developments:**

20  - ***Intrexon's proprietary methanotroph bioconversion platform has achieved yields necessary for site selection on two molecules, isobutyraldehyde and 2,3 butanediol (2,3 BDO), each of which represent a multi-billion dollar revenue opportunity for the Company.*** Yields for 2,3 BDO, a precursor to butadiene, increased by greater than 30% during the first quarter of 2017. ***This yield level produces a positive "in the money" gross margin based on current natural gas and product prices.*** While additional yield improvements and scaling milestones must be met, the current yields and business implications have led the Company to retain Moelis & Company to advise it on strategic and financial options with respect to its bioconversion platform and specific products;

28.    Similarly, the May Slideshow included the following slides, touting the MBP:





## Butadiene: $22B Addressable Market with MBP

Intrexon's on-purpose butadiene process:

**Butadiene Market:**

- Global demand for butadiene estimated to be 10.8M metric tons per year in 2015, and projected to reach 12.4M tons by 2020. Total market of butadiene is approximately $22B

- Synthetic rubber production accounts for 62% of consumption.

- >95% of butadiene supply comes from byproduct of ethylene production by steam cracking of naphtha.

- The US shale revolution has caused US ethylene producers to switch to the cheaper ethane feedstock, which produces much less butadiene as a co-product.

INTREXON

26    SOURCE:  ICIS, IHS reports

29.     On August 9, 2017, the Company filed a Form 8-K (the "August 8-K") with the SEC announcing its financial results and position for the quarter ending June 30, 2017. Attached to the May 8-K was a press release (the "August Press Release") and a slide show (the "August Slideshow"). Regarding the MBP, the August Press Release stated, in relevant part: "***After attaining commercially relevant yields on two high-value industrial molecules***, isbobutyraldehyde and 2,3 butanediol (2,3 BDO), retained Moelis & Company to advise on strategic and financial options, later converting the assignment to a transactional objective."

30.     The August Slideshow included substantially similar slides touting the Company's MBC platform as were in the May Slideshow, including the following updated slide:



## 2,3 Butanediol (BDO) Progress Update



Intrexon's on-purpose butadiene process anticipated to have COGS sub $1,000 per metric ton

Intrexon's 500L Pilot Plant

- Observed 30% increase in 2,3 BDO yields on top of 30% increase achieved during the first quarter

- 2,3 BDO test production runs completed in pilot plant

- Providing 2,3 BDO produced to chemical catalyst companies for conversion to butadiene and quality testing

- Anticipate site selection for small-scale facility by year end and subsequently initiating design of plant with projected ground breaking in 2018



INTREXON®
© 2017 Intrexon Corp. All rights reserved.

31.    On November 9, 2017, the Company filed a Form 8-K (the "November 8-K") with the SEC announcing its financial results and position for the quarter ending September 30, 2017. Attached to the November 8-K was a press release (the "November Press Release") and a slideshow (the "November Slideshow"). Regarding the MBP, the November Press Release stated: "Intrexon's proprietary methanotroph bioconversion platform continued to increase yield across multiple products including 2,3 butanediol, which increased approximately 15% during the quarter, and isobutanol, which increased 78%."

32.    The November Slideshow included substantially similar slides touting the Company's MBC platform as were in the May Slideshow, including the following updated slide:





33.    On March 1, 2018, the Company issued a press release announcing its fourth quarter and full year 2017 financial results. Therein, the Company stated: "Partnering programs were commenced and are ongoing on four mature programs or platforms, including MBP and Intrexon Crop Protection."

34.    The same day, the Company filed a Form 10-K for the year ended December 31, 2017 (the "2017 10-K") reporting its financial results and position. Therein, regarding the MBP, the Company stated:

> In energy, we are working to create novel, highly engineered bacteria *that utilize specific energy feedstocks, typically* __pipeline grade natural gas,__ *to synthesize commercial end products, such as isobutanol for gasoline blending, 2,3 Butanediol for conversion to synthetic rubber and 1,4 Butanediol for polyester.* Today these target markets are estimated to represent over $100 billion in aggregate commercial opportunity.

*        *        *

***To date we have proven biological production of six valuable and large market fuel and chemical products.*** These products are isobutanol for gasoline blending, 2,3 Butanediol and isoprene for conversion to synthetic rubber, 1,4 Butanediol for polyester, farnesene for diesel fuel and lubricants and isobutyraldehyde for acrylics. In aggregate, we estimate that these products represent greater than a $100 billion market opportunity.

35.    On May 10, 2018, the Company announced its first quarter 2018 financial results in a press release that stated, in relevant part:

- Intrexon's Energy team demonstrated successful third party catalytic conversion of 2,3 BDO to 1,3 butadiene. The conversion efficiency exceeded both the Company's financial model and synthetic rubber industry product quality expectations;

\*        \*        \*

**Recent Developments:**

- 2,3 BDO yields are up 25% since last reported and the rate of yield improvement is in line with Intrexon's expectations and supports the Company's plans to break ground on a 40,000 ton/year facility by year end;

- Isobutanol yields are again improving and are up about 40% since last reported. This return to yield improvements for isobutanol was the result of the re-design of a promiscuous enzyme that was degrading product and making further optimization of the production pathway challenging;

- ***Partnering activity concerning Intrexon's methane bioconversion platform is robust with multiple parties engaged.*** Potential partners include both strategic and financial companies;

36.    On August 9, 2018, the Company issued a press release "to provide a general update and highlight recent business developments." Therein, the Company stated, in relevant part:

**Recent Developments:**

- 2,3, BDO yields are up 22% since last reported and continue to support the Company's stated plan to break ground on a 40,000 ton/year plant by year end;

- Intrexon scientists continue to engineer the methanotrophic organism to improve the utilization of natural gas as a carbon source;

- Intrexon remains engaged in advanced discussions with multiple strategic partners for the methane bioconversion platform;

37.    On November 8, 2018, the Company issued a press release announcing its third quarter 2018 financial results. Therein, the Company stated, in relevant part:

**Recent Commercial Achievements:**

- Intrexon continues discussions with several major energy companies concerning partnering of its Methane Bioconversion Platform;

- Site selection on Intrexon's first 2,3 BDO plant is on track for year end;

*        *        *

- From Intrexon's methane bioconversion platform, the Company now is producing 2,3, BDO from natural gas at roughly 50% of the theoretical target yield, has demonstrated performance at 500X scale-up and has conducted sustained production runs exceeding 1,000 hours;

38.    The above statements identified in ¶¶ 27-37 were materially false and/or misleading, and failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that the Company used pure methane, rather than natural gas, as the feedstock to achieve the reported results from its methane bioconversion platform; (2) that yields from natural gas as a feedstock were substantially lower than yields using pure methane; (3) that, due to the substantial price difference between pure methane and natural gas, pure methane was not a commercially viable feedstock; (4) that, due to the high costs of pure methane, the Company could not sustain operations of the methane bioconversion platform without pursuing financial alternatives; (5) that, due to the reduced yields from natural gas and high costs of pure methane, the Company could not find a financial or strategic partner for its methane conversion platform; (6) that, as a result of the foregoing, the Company was forced to divest its methane bioconversion platform and associated intellectual property, allowing the Company to focus on its other strategic assets; (7) that the Company was under investigation by the SEC; and (8) that, as a result of the foregoing, Defendants' public statements were materially false and misleading at all relevant times.

39.    The truth began to emerge on February 28, 2019 when the Company disclosed "that there is substantial doubt about its ability to continue as a going concern." After the market closed, the Company held a conference call in connection with its fourth quarter and full year 2018 financial results. During the call, defendant Liffmann stated:

> Our financial statements include [a] going concern qualifier that reflects our analysis that funding on hand is not adequate for operations beyond 12 months. Management is, of course, pursuing several options to address the going concern issue including. as I mentioned earlier, potentially partnering and financing at the individual program or business unit level.

40.     On this news, the Company's share price fell $2.91, or 36%, to close at $5.06 per share on March 1, 2019, on unusually heavy trading volume. The stock price continued to fall during the next trading session by $0.92, or 18%, to close at $4.14 per share on March 4, 2019, on unusually heavy trading volume.

41.     Also on February 28, 2019, after the market closed, the Company issued a press release continuing to tout its MBC program:

- Intrexon's methane bioconversion platform is being employed to produce 2,3 BDO from natural gas and has achieved 80% of the goal for the first small-scale plant operations;

- Detailed engineering design for Intrexon's first-of-a-kind small-scale methane bioconversion facility to 2,3 BDO is currently being bid out, discussions with partners for sites are ongoing. The overall schedule is still consistent as the sites under consideration are brownfield which require less engineering time than the original greenfield concept;

42.     On March 1, 2019, the Company filed a Form 10-K for the year ended December 31, 2018 (the "2018 10-K") reporting its financial results and position. Therein, regarding the MBP, the Company stated:

> In energy, we are working to create novel, highly engineered bacteria **that utilize specific energy feedstocks, typically pipeline grade natural gas,** to synthesize commercial end products, such as isobutanol for gasoline blending, 2,3 Butanediol for conversion to synthetic rubber and 1,4 Butanediol for polyester. In aggregate, the value of such fuel and chemical products are significant, representing the potential of billions of dollars in estimated market opportunity.

43.     The 2018 10-K stated, as to government investigations:

> **We may become subject to other claims, assessments and governmental investigations from time to time in the ordinary course of business.** Such matters are subject to many uncertainties and outcomes are not predictable with assurance. We accrue liabilities for such matters when it is probable that future expenditures will be made and such expenditures can be reasonably estimated. We do not believe that any such matters, individually or in the aggregate, will have a material adverse effect on our business, financial condition, results of operations, or cash flows.

44.     The above statements identified in ¶¶ 39, 41-43 were materially false and/or misleading, and failed to disclose material adverse facts about the Company's business, operations, and prospects.  Specifically, Defendants failed to disclose to investors: (1) that the Company used pure methane, rather than natural gas, as the feedstock to achieve the reported results from its methane bioconversion platform; (2) that yields from natural gas as a feedstock were substantially

lower than yields using pure methane; (3) that, due to the substantial price difference between pure methane and natural gas, pure methane was not a commercially viable feedstock; (4) that, due to the high costs of pure methane, the Company could not sustain operations of the methane bioconversion platform without pursuing financial alternatives; (5) that, due to the reduced yields from natural gas and high costs of pure methane, the Company could not find a financial or strategic partner for its methane conversion platform; (6) that, as a result of the foregoing, the Company was forced to divest its methane bioconversion platform and associated intellectual property, allowing the Company to focus on its other strategic assets; (7) that the Company was under investigation by the SEC; and (8) that, as a result of the foregoing, Defendants' public statements were materially false and misleading at all relevant times.

45.     The truth continued to emerge on August 8, 2019, after the market closed, when the Company announced that it "entered into an agreement under which it will contribute its Methane Bioconversion Platform, together with all its associated technologies and facilities, to MBP [Titan], LLC, a newly formed company that will be headed by David Dewhurst, who is purchasing equity capital in the venture."

46.     During a conference call the same day, also after the market closed, analysts questioned the decision to sell "revenue-generating assets." Defendant Kirk stated that while the MBP "will prove out to be the most valuable biotechnology ever created," the Company decided "to marshal [its] assets toward those elements of [its] portfolio that [management] regard[s] to be the most strategic, of which . . . Precigen is obviously Number 1." Though the Company would begin with "a supermajority position, over 80%," in MBP Titan, LLC, "over time, we expect to be dilutive in this enterprise."

47.     On this news, the Company's share price fell $0.67, or 8.8%, to close at $6.95 per share on August 9, 2019, on unusually heavy trading volume.

48.     The above statements identified in ¶¶ 45-46 were materially false and/or misleading, and failed to disclose material adverse facts about the Company's business, operations, and prospects.  Specifically, Defendants failed to disclose to investors: (1) that the Company used pure methane, rather than natural gas, as the feedstock to achieve the reported results from its methane

bioconversion platform; (2) that yields from natural gas as a feedstock were substantially lower than yields using pure methane; (3) that, due to the substantial price difference between pure methane and natural gas, pure methane was not a commercially viable feedstock; (4) that, due to the high costs of pure methane, the Company could not sustain operations of the methane bioconversion platform without pursuing financial alternatives; (5) that, due to the reduced yields from natural gas and high costs of pure methane, the Company could not find a financial or strategic partner for its methane conversion platform; (6) that, as a result of the foregoing, the Company was forced to divest its methane bioconversion platform and associated intellectual property, allowing the Company to focus on its other strategic assets; (7) that the Company was under investigation by the SEC; and (8) that, as a result of the foregoing, Defendants' public statements were materially false and misleading at all relevant times.

49.    The truth continued to emerge on March 2, 2020, after the market closed, when the Company disclosed that it was under investigation by the SEC. In a Form 10-K filed with the SEC to report its financial results for the annual period ended December 31, 2019 (the "2019 10-K"), the Company stated:

> ***In October 2018, the Company received a subpoena from the Division of Enforcement of the SEC informing the Company of a non-public, fact-finding investigation concerning the Company's disclosures regarding its methane bioconversion platform.*** The Company has produced documents to, and met with, the staff of the SEC and is voluntarily cooperating with their investigation. In November 2019, the staff of the SEC informed the Company that its investigative work was largely completed. The Company and the staff of the SEC are currently in discussions, and there can be no assurance regarding the ultimate outcome of the investigation.

50.    On this news, the Company's share price fell $0.67, or 17%, to close at $3.24 per share on March 3, 2020, on unusually heavy trading volume.

51.    The above statements identified in ¶ 49 were materially false and/or misleading, and failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that the Company used pure methane, rather than natural gas, as the feedstock to achieve the reported results from its methane bioconversion platform; (2) that yields from natural gas as a feedstock were substantially lower than yields using pure methane; (3) that, due to the substantial price difference between pure methane

and natural gas, pure methane was not a commercially viable feedstock; (4) that, due to the high costs of pure methane, the Company could not sustain operations of the methane bioconversion platform without pursuing financial alternatives; (5) that, due to the reduced yields from natural gas and high costs of pure methane, the Company could not find a financial or strategic partner for its methane conversion platform; (6) that, as a result of the foregoing, the Company was forced to divest its methane bioconversion platform and associated intellectual property, allowing the Company to focus on its other strategic assets; and (7) that, as a result of the foregoing, Defendants' public statements were materially false and misleading at all relevant times.

52.     The truth continued to emerge on August 10, 2020, after the market closed, when Precigen filed its quarterly report on Form 10-Q for the period ended June 30, 2020, stating: "During the second quarter of 2020, the Company suspended MBP Titan's operations . . . . [and] is assessing potential next steps related to this intellectual property and MBP Titan's other long-lived assets."

53.     On this news, the Company's share price fell $0.52, or 10%, to close at $4.60 per share on August 11, 2020, on unusually heavy trading volume.

54.     The above statements identified in ¶ 52 were materially false and/or misleading, and failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that the Company used pure methane, rather than natural gas, as the feedstock to achieve the reported results from its methane bioconversion platform; (2) that yields from natural gas as a feedstock were substantially lower than yields using pure methane; (3) that, due to the substantial price difference between pure methane and natural gas, pure methane was not a commercially viable feedstock; (4) that, due to the high costs of pure methane, the Company could not sustain operations of the methane bioconversion platform without pursuing financial alternatives; (5) that, due to the reduced yields from natural gas and high costs of pure methane, the Company could not find a financial or strategic partner for its methane conversion platform; (6) that, as a result of the foregoing, the Company was forced to divest its methane bioconversion platform and associated intellectual property, allowing the Company to focus on its other strategic assets; and (7) that, as a result of the foregoing, Defendants' public statements were materially false and misleading at all relevant times.

**Disclosures at the End of the Class Period**

55.     On September 25, 2020, the SEC issued a cease-and-desist order against the Company, which stated, among other things, that:

> During the relevant period, Intrexon disclosed publicly yields/titers using pure methane as a feedstock for its laboratory experiments. . . . ***Pure methane was purchased in canisters at a cost of approximately $650 per one million British Thermal Units (MMBtu). At those prices, pure methane was not a commercially viable feedstock.*** Pure methane differs from natural gas in that it contains no ethane, which was inhibitory to the fermentation process. Natural gas could be purchased from the local utility company at a cost of approximately $3 per MMBtu. At those prices, natural gas could provide a commercially viable feedstock. The problem with natural gas is that it is a composite chemical that contains small percentages of ethane, which again was inhibitory to the fermentation process. At the time of the laboratory experiments with pure methane as a feedstock, ***Intrexon's scientists were working on methods to achieve similar yields/titers with natural gas and, while they were optimistic, they had not done so at the time Intrexon made the relevant disclosures.***

56.     The cease-and-desist order further explained that the Company could not find a potential partner for the MBC program:

> Intrexon pitched the MBC program privately to numerous potential business partners over the course of 2017 and 2018. A number of these potential partners performed due diligence on the MBC program including reviewing lab results and plans for commercialization. Intrexon has not yet found a partner for the MBC program. Intrexon worked on the feedstock issue with some success throughout 2018 and 2019 but never developed the MBC program to commercial scale.

57.     As a result of Defendants' wrongful acts and omissions, and the decline in the market value of the Company's securities, Plaintiff and other Class members have suffered significant losses and damages.

58.     Plaintiff did not discover, and a reasonably diligent plaintiff would not have discovered, facts sufficient to adequately plead Defendants' scienter until after the publication of SEC's Cease-and-Desist Order on September 25, 2020.

## CLASS ACTION ALLEGATIONS

59.     Plaintiff brings this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of a class, consisting of all persons and entities that purchased or otherwise acquired Precigen securities between May 10, 2017 and September 25, 2020, inclusive, and who were damaged thereby (the "Class").  Excluded from the Class are Defendants, the officers and directors of the Company, at all relevant times, members of their immediate families and their

legal representatives, heirs, successors, or assigns, and any entity in which Defendants have or had a controlling interest.

60.    The members of the Class are so numerous that joinder of all members is impracticable.  Throughout the Class Period, Precigen's common shares actively traded on the NYSE or the NASDAQ.  While the exact number of Class members is unknown to Plaintiff at this time and can only be ascertained through appropriate discovery, Plaintiff believes that there are at least hundreds or thousands of members in the proposed Class.  Millions of Precigen common stock were traded publicly during the Class Period on the NYSE or the NASDAQ.  Record owners and other members of the Class may be identified from records maintained by Precigen or its transfer agent and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions.

61.    Plaintiff's claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal law that is complained of herein.

62.    Plaintiff will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and securities litigation.

63.    Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class.  Among the questions of law and fact common to the Class are:

(a)    whether the federal securities laws were violated by Defendants' acts as alleged herein;

(b)    whether statements made by Defendants to the investing public during the Class Period omitted and/or misrepresented material facts about the business, operations, and prospects of Precigen; and

(c)    to what extent the members of the Class have sustained damages and the proper measure of damages.

64.    A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable.  Furthermore, as the

1  damages suffered by individual Class members may be relatively small, the expense and burden of

2  individual litigation makes it impossible for members of the Class to individually redress the wrongs

3  done to them.  There will be no difficulty in the management of this action as a class action.

4  **UNDISCLOSED ADVERSE FACTS**

5  65.   The market for Precigen's securities was open, well-developed and efficient at all

6  relevant times.  As a result of these materially false and/or misleading statements, and/or failures to

7  disclose, Precigen's securities traded at artificially inflated prices during the Class Period.  Plaintiff

8  and other members of the Class purchased or otherwise acquired Precigen's securities relying upon

9  the integrity of the market price of the Company's securities and market information relating to

10  Precigen, and have been damaged thereby.

11  66.   During the Class Period, Defendants materially misled the investing public, thereby

12  inflating the price of Precigen's securities, by publicly issuing false and/or misleading statements

13  and/or omitting to disclose material facts necessary to make Defendants' statements, as set forth

14  herein, not false and/or misleading.  The statements and omissions were materially false and/or

15  misleading because they failed to disclose material adverse information and/or misrepresented the

16  truth about Precigen's business, operations, and prospects as alleged herein.

17  67.   At all relevant times, the material misrepresentations and omissions particularized in

18  this Complaint directly or proximately caused or were a substantial contributing cause of the

19  damages sustained by Plaintiff and other members of the Class.  As described herein, during the

20  Class Period, Defendants made or caused to be made a series of materially false and/or misleading

21  statements about Precigen's financial well-being and prospects.  These material misstatements

22  and/or omissions had the cause and effect of creating in the market an unrealistically positive

23  assessment of the Company and its financial well-being and prospects, thus causing the Company's

24  securities to be overvalued and artificially inflated at all relevant times.  Defendants' materially false

25  and/or misleading statements during the Class Period resulted in Plaintiff and other members of the

26  Class purchasing the Company's securities at artificially inflated prices, thus causing the damages

27  complained of herein when the truth was revealed.

28

**LOSS CAUSATION**

68.     Defendants' wrongful conduct, as alleged herein, directly and proximately caused the economic loss suffered by Plaintiff and the Class.

69.     During the Class Period, Plaintiff and the Class purchased Precigen's securities at artificially inflated prices and were damaged thereby.   The price of the Company's securities significantly declined when the misrepresentations made to the market, and/or the information alleged herein to have been concealed from the market, and/or the effects thereof, were revealed, causing investors' losses.

**SCIENTER ALLEGATIONS**

70.     As alleged herein, Defendants acted with scienter since Defendants knew that the public documents and statements issued or disseminated in the name of the Company were materially false and/or misleading; knew that such statements or documents would be issued or disseminated to the investing public; and knowingly and substantially participated or acquiesced in the issuance or dissemination of such statements or documents as primary violations of the federal securities laws.  As set forth elsewhere herein in detail, the Individual Defendants, by virtue of their receipt of information reflecting the true facts regarding Precigen, their control over, and/or receipt and/or modification of Precigen's allegedly materially misleading misstatements and/or their associations with the Company which made them privy to confidential proprietary information concerning Precigen, participated in the fraudulent scheme alleged herein.

**APPLICABILITY OF PRESUMPTION OF RELIANCE**
**(FRAUD-ON-THE-MARKET DOCTRINE)**

71.     The market for Precigen's securities was open, well-developed and efficient at all relevant times.  As a result of the materially false and/or misleading statements and/or failures to disclose, Precigen's securities traded at artificially inflated prices during the Class Period. Plaintiff and other members of the Class purchased or otherwise acquired the Company's securities relying upon the integrity of the market price of Precigen's securities and market information relating to Precigen, and have been damaged thereby.

72.    During the Class Period, the artificial inflation of Precigen's shares was caused by the material misrepresentations and/or omissions particularized in this Complaint causing the damages sustained by Plaintiff and other members of the Class.  As described herein, during the Class Period, Defendants made or caused to be made a series of materially false and/or misleading statements about Precigen's business, prospects, and operations.  These material misstatements and/or omissions created an unrealistically positive assessment of Precigen and its business, operations, and prospects, thus causing the price of the Company's securities to be artificially inflated at all relevant times, and when disclosed, negatively affected the value of the Company shares.  Defendants' materially false and/or misleading statements during the Class Period resulted in Plaintiff and other members of the Class purchasing the Company's securities at such artificially inflated prices, and each of them has been damaged as a result.

73.    At all relevant times, the market for Precigen's securities was an efficient market for the following reasons, among others:

(a)    Precigen shares met the requirements for listing, and was listed and actively traded on the NYSE or the NASDAQ, a highly efficient and automated market;

(b)    As a regulated issuer, Precigen filed periodic public reports with the SEC and/or the NYSE or the NASDAQ;

(c)    Precigen regularly communicated with public investors via established market communication mechanisms, including through regular dissemination of press releases on the national circuits of major newswire services and through other wide-ranging public disclosures, such as communications with the financial press and other similar reporting services; and/or

(d)    Precigen was followed by securities analysts employed by brokerage firms who wrote reports about the Company, and these reports were distributed to the sales force and certain customers of their respective brokerage firms.  Each of these reports was publicly available and entered the public marketplace.

74.    As a result of the foregoing, the market for Precigen's securities promptly digested current information regarding Precigen from all publicly available sources and reflected such information in Precigen's share price. Under these circumstances, all purchasers of Precigen's

1   securities during the Class Period suffered similar injury through their purchase of Precigen's

2   securities at artificially inflated prices and a presumption of reliance applies.

3        75.    A Class-wide presumption of reliance is also appropriate in this action under the

4   Supreme Court's holding in *Affiliated Ute Citizens of Utah v. United States*, 406 U.S. 128 (1972),

5   because the Class's claims are, in large part, grounded on Defendants' material misstatements and/or

6   omissions.  Because this action involves Defendants' failure to disclose material adverse

7   information regarding the Company's business operations and financial prospects—information that

8   Defendants were obligated to disclose—positive proof of reliance is not a prerequisite to recovery.

9   All that is necessary is that the facts withheld be material in the sense that a reasonable investor

10   might have considered them important in making investment decisions.  Given the importance of

11   the Class Period material misstatements and omissions set forth above, that requirement is satisfied

12   here.

13   **<u>NO SAFE HARBOR</u>**

14        76.    The statutory safe harbor provided for forward-looking statements under certain

15   circumstances does not apply to any of the allegedly false statements pleaded in this Complaint. The

16   statements alleged to be false and misleading herein all relate to then-existing facts and conditions.

17   In addition, to the extent certain of the statements alleged to be false may be characterized as forward

18   looking, they were not identified as "forward-looking statements" when made and there were no

19   meaningful cautionary statements identifying important factors that could cause actual results to

20   differ materially from those in the purportedly forward-looking statements. In the alternative, to the

21   extent that the statutory safe harbor is determined to apply to any forward-looking statements

22   pleaded herein, Defendants are liable for those false forward-looking statements because at the time

23   each of those forward-looking statements was made, the speaker had actual knowledge that the

24   forward-looking statement was materially false or misleading, and/or the forward-looking statement

25   was authorized or approved by an executive officer of Precigen who knew that the statement was

26   false when made.

27

28

# FIRST CLAIM

### Violation of Section 10(b) of The Exchange Act
### and Rule 10b-5 Promulgated Thereunder
### (Against All Defendants)

77.    Plaintiff repeats and re-alleges each and every allegation contained above as if fully set forth herein.

78.    During the Class Period, the Company and the Individual Defendants carried out a plan, scheme and course of conduct which was intended to and, throughout the Class Period, did: (i) deceive the investing public, including Plaintiff and other Class members, as alleged herein; and (ii) cause Plaintiff and other members of the Class to purchase Precigen's securities at artificially inflated prices.  In furtherance of this unlawful scheme, plan and course of conduct, the Company and the Individual Defendants, and each of them, took the actions set forth herein.

79.    The Company and the Individual Defendants (i) employed devices, schemes, and artifices to defraud; (ii) made untrue statements of material fact and/or omitted to state material facts necessary to make the statements not misleading; and (iii) engaged in acts, practices, and a course of business which operated as a fraud and deceit upon the purchasers of the Company's securities in an effort to maintain artificially high market prices for Precigen's securities in violation of Section 10(b) of the Exchange Act and Rule 10b-5.  The Company and the Individual Defendants are sued either as primary participants in the wrongful and illegal conduct charged herein or as controlling persons as alleged below.

80.    The Company and the Individual Defendants, individually and in concert, directly and indirectly, by the use, means or instrumentalities of interstate commerce and/or of the mails, engaged and participated in a continuous course of conduct to conceal adverse material information about Precigen's financial well-being and prospects, as specified herein.

81.    These defendants employed devices, schemes and artifices to defraud, while in possession of material adverse non-public information and engaged in acts, practices, and a course of conduct as alleged herein in an effort to assure investors of Precigen's value and performance and continued substantial growth, which included the making of, or the participation in the making of, untrue statements of material facts and/or omitting to state material facts necessary in order to

make the statements made about Precigen  and its business operations and future prospects in light of the circumstances under which they were made, not misleading, as set forth more particularly herein, and engaged in transactions, practices and a course of business which operated as a fraud and deceit upon the purchasers of the Company's securities during the Class Period.

82.    Each of the Individual Defendants' primary liability, and controlling person liability, arises from the following facts: (i) the Individual Defendants were high-level executives and/or directors at the Company during the Class Period and members of the Company's management team or had control thereof; (ii) each of these defendants, by virtue of their responsibilities and activities as a senior officer and/or director of the Company, was privy to and participated in the creation, development and reporting of the Company's internal budgets, plans, projections and/or reports; (iii) each of these defendants enjoyed significant personal contact and familiarity with the other defendants and was advised of, and had access to, other members of the Company's management team, internal reports and other data and information about the Company's finances, operations, and sales at all relevant times; and (iv) each of these defendants was aware of the Company's dissemination of information to the investing public which they knew and/or recklessly disregarded was materially false and misleading.

83.    The Company and the Individual Defendants had actual knowledge of the misrepresentations and/or omissions of material facts set forth herein, or acted with reckless disregard for the truth in that they failed to ascertain and to disclose such facts, even though such facts were available to them. Such defendants' material misrepresentations and/or omissions were done knowingly or recklessly and for the purpose and effect of concealing Precigen's financial well-being and prospects from the investing public and supporting the artificially inflated price of its securities.  As demonstrated by the Company and the Individual Defendants' overstatements and/or misstatements of the Company's business, operations, financial well-being, and prospects throughout the Class Period, these defendants, if they did not have actual knowledge of the misrepresentations and/or omissions alleged, were reckless in failing to obtain such knowledge by deliberately refraining from taking those steps necessary to discover whether those statements were false or misleading.

84.     As a result of the dissemination of the materially false and/or misleading information and/or failure to disclose material facts, as set forth above, the market price of Precigen's securities was artificially inflated during the Class Period.  In ignorance of the fact that market prices of the Company's securities were artificially inflated, and relying directly or indirectly on the false and misleading statements made by the Company and the Individual Defendants, or upon the integrity of the market in which the securities trades, and/or in the absence of material adverse information that was known to or recklessly disregarded by the Company and the Individual Defendants, but not disclosed in public statements by these defendants during the Class Period, Plaintiff and the other members of the Class acquired Precigen's securities during the Class Period at artificially high prices and were damaged thereby.

85.     At the time of said misrepresentations and/or omissions, Plaintiff and other members of the Class were ignorant of their falsity, and believed them to be true.  Had Plaintiff and the other members of the Class and the marketplace known the truth regarding the problems that Precigen was experiencing, which were not disclosed by the Company and the Individual Defendants, Plaintiff and other members of the Class would not have purchased or otherwise acquired their Precigen  securities, or, if they had acquired such securities during the Class Period, they would not have done so at the artificially inflated prices which they paid.

86.     By virtue of the foregoing, the Company and the Individual Defendants have violated Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder.

87.     As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and the other members of the Class suffered damages in connection with their respective purchases and sales of the Company's securities during the Class Period.

### SECOND CLAIM

#### Violation of Section 20(a) of the Exchange Act
#### (Against the Individual Defendants)

88.     Plaintiff repeats and re-alleges each and every allegation contained above as if fully set forth herein.

89.    The Individual Defendants acted as controlling persons of Precigen within the meaning of Section 20(a) of the Exchange Act as alleged herein.  By virtue of their high-level positions, and their ownership and contractual rights, participation in and/or awareness of the Company's operations and/or intimate knowledge of the false financial statements filed by the Company with the SEC and disseminated to the investing public, the Individual Defendants had the power to influence and control and did influence and control, directly or indirectly, the decision-making of the Company, including the content and dissemination of the various statements which Plaintiff contends are false and misleading.  The Individual Defendants were provided with or had unlimited access to copies of the Company's reports, press releases, public filings and other statements alleged by Plaintiff to be misleading prior to and/or shortly after these statements were issued and had the ability to prevent the issuance of the statements or cause the statements to be corrected.

90.    In particular, each of these Defendants had direct and supervisory involvement in the day-to-day operations of the Company and, therefore, is presumed to have had the power to control or influence the particular transactions giving rise to the securities violations as alleged herein, and exercised the same.

91.    As set forth above, Precigen and the Individual Defendants each violated Section 10(b) and Rule 10b-5 by their acts and/or omissions as alleged in this Complaint.  By virtue of their positions as controlling persons, the Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act.  As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and other members of the Class suffered damages in connection with their purchases of the Company's securities during the Class Period.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

(a)    Determining that this action is a proper class action under Rule 23 of the Federal Rules of Civil Procedure;

(b)    Awarding compensatory damages in favor of Plaintiff and the other Class members against all defendants, jointly and severally, for all damages sustained as a result of Defendants' wrongdoing, in an amount to be proven at trial, including interest thereon;

(c)    Awarding Plaintiff and the Class their reasonable costs and expenses incurred in this action, including counsel fees and expert fees; and

(d)    Such other and further relief as the Court may deem just and proper.

## JURY TRIAL DEMANDED

Plaintiff hereby demands a trial by jury.

DATED:  October 28, 2020                **GLANCY PRONGAY & MURRAY LLP**

By:   _/s/ Charles H. Linehan_
Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email:  info@glancylaw.com

**LAW OFFICES OF HOWARD G. SMITH**
Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem PA 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867

*Counsel for Plaintiff Joseph Seppen*

## SWORN CERTIFICATION OF PLAINTIFF

Precigen, Inc., **SECURITIES LITIGATION**

I,    Joseph Seppen                    , certify:

1.   I have reviewed the complaint and authorized its filing and/or adopted its allegations.

2.   I did not purchase Precigen, Inc., the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3.   I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4.   My transactions in Precigen, Inc., during the class period set forth in the Complaint are as follows:

     See Attached Transactions

5.   I have not served as a representative party on behalf of a class under this title during the last three years except as stated:

     *In re Intrexon Corporation Securities Litigation*, Case No. 3:16-cv-02398-RS (N.D. Cal.)

6.   I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

          Check here if you are a current employee or former employee of the defendant Company.

     I declare under penalty of perjury that the foregoing are true and correct statements.

                                              DocuSigned by:

                                              *Joseph Seppen*

                                              88CA5206BDBD4E8...

Dated:    10/23/2020
        _____            _____

                                              Joseph Seppen

**Joseph Seppen's Transactions in Precigen, Inc. (PGEN)**

**Account 1**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 11/13/2017 | Bought | 5,000 | $11.6300 |
| 6/28/2018 | Transferred | -10,000 | $0.0000 |
| 10/9/2018 | Transferred | 10,000 | $0.0000 |
| 10/23/2019 | Transferred | -10,000 | $0.0000 |
| 7/13/2020 | Bought | 34,204 | $4.5727 |
| 7/13/2020 | Bought | 25,796 | $4.5926 |
| 7/23/2020 | Transferred | -30,000 | $0.0000 |
| 8/3/2020 | Transferred | -30,000 | $0.0000 |
| 9/3/2020 | Bought | 12,500 | $5.5836 |
| 9/3/2020 | Bought | 1,096 | $5.4845 |

**Account 2**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 5/18/2017 | Bought | 150 | $23.9161 |
| 8/14/2017 | Bought | 1,040 | $18.6000 |
| 8/14/2017 | Bought | 850 | $18.5599 |
| 8/14/2017 | Bought | 1,659 | $18.5983 |
| 8/15/2017 | Bought | 100 | $18.0350 |
| 8/15/2017 | Bought | 100 | $18.0448 |
| 8/15/2017 | Bought | 200 | $18.0398 |
| 8/15/2017 | Bought | 100 | $18.0500 |
| 8/15/2017 | Bought | 193 | $18.0419 |
| 8/15/2017 | Bought | 100 | $18.0500 |
| 8/15/2017 | Bought | 17 | $18.0583 |
| 8/15/2017 | Bought | 100 | $18.0500 |
| 8/15/2017 | Bought | 3,090 | $18.0576 |
| 10/23/2017 | Sold | -300 | $17.9002 |
| 10/23/2017 | Sold | -3,700 | $17.9000 |
| 6/18/2018 | Sold | -27 | $16.0400 |
| 6/18/2018 | Sold | -4,303 | $16.0400 |
| 6/18/2018 | Sold | -7,597 | $16.0220 |
| 6/28/2018 | Bought | 200 | $13.2650 |
| 6/28/2018 | Bought | 900 | $13.2900 |
| 6/28/2018 | Bought | 3,329 | $13.3100 |
| 6/28/2018 | Bought | 100 | $13.3200 |
| 6/28/2018 | Bought | 1,900 | $13.3500 |
| 6/28/2018 | Bought | 5,498 | $13.3400 |
| 6/28/2018 | Bought | 284 | $13.3128 |
| 7/26/2018 | Sold | -6,000 | $14.1140 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 7/26/2018 | Sold | -200 | $14.3056 |
| 7/26/2018 | Sold | -525 | $14.2956 |
| 7/26/2018 | Sold | -5,286 | $14.2856 |
| 7/26/2018 | Sold | -200 | $14.3136 |
| 8/9/2018 | Bought | 400 | $15.9400 |
| 8/9/2018 | Bought | 5,120 | $15.9400 |
| 11/13/2018 | Bought | 344 | $10.1890 |
| 2/13/2019 | Bought | 275 | $7.5531 |
| 3/1/2019 | Bought | 252 | $5.0800 |
| 3/1/2019 | Bought | 2,996 | $5.1000 |
| 3/1/2019 | Bought | 700 | $5.1000 |
| 3/1/2019 | Bought | 3,000 | $5.1000 |
| 3/1/2019 | Bought | 2,300 | $5.1000 |
| 3/1/2019 | Bought | 2,058 | $5.1000 |
| 3/1/2019 | Bought | 9,357 | $5.1000 |
| 3/1/2019 | Bought | 100 | $5.1000 |
| 3/1/2019 | Bought | 800 | $5.1000 |
| 3/4/2019 | Bought | 7,400 | $5.2000 |
| 3/4/2019 | Bought | 247 | $5.2000 |
| 3/4/2019 | Sold | -4 | $4.3427 |
| 11/15/2019 | Bought | 367 | $5.6770 |
| 9/3/2020 | Bought | 525 | $5.5300 |
| 9/3/2020 | Bought | 114 | $5.5300 |
| 9/3/2020 | Bought | 1,270 | $5.5300 |
| 9/3/2020 | Bought | 18,931 | $5.5300 |

**Account 3**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 4/17/2018 | Bought | 810 | $18.9199 |
| 4/17/2018 | Bought | 690 | $18.9190 |
| 5/11/2018 | Bought | 1,500 | $15.8616 |
| 5/15/2018 | Sold | -1,500 | $15.8900 |
| 5/16/2018 | Bought | 1,500 | $15.6000 |
| 5/24/2018 | Bought | 35 | $15.5368 |
| 5/24/2018 | Bought | 745 | $15.5350 |
| 5/24/2018 | Bought | 565 | $15.5858 |
| 5/24/2018 | Bought | 655 | $15.6030 |
| 6/11/2018 | Sold | -3,500 | $16.9730 |
| 6/28/2018 | Transferred | 10,000 | $0.0000 |
| 10/9/2018 | Transferred | -10,000 | $0.0000 |
| 10/12/2018 | Bought | 5,000 | $14.7000 |
| 10/12/2018 | Sold | -5,000 | $14.9200 |
| 10/15/2018 | Bought | 5,000 | $14.7000 |
| 10/15/2018 | Bought | 4,570 | $14.5200 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 10/15/2018 | Bought | 430 | $14.5199 |
| 10/16/2018 | Sold | -10,000 | $14.5700 |
| 10/19/2018 | Bought | 2,300 | $13.8299 |
| 10/19/2018 | Bought | 700 | $13.8291 |
| 10/22/2018 | Sold | -100 | $13.8400 |
| 10/22/2018 | Sold | -2,900 | $13.8334 |
| 11/14/2018 | Bought | 1,300 | $9.8983 |
| 11/14/2018 | Bought | 1,200 | $9.8966 |
| 11/14/2018 | Bought | 1,000 | $9.8000 |
| 11/14/2018 | Sold | -100 | $9.9346 |
| 11/14/2018 | Sold | -100 | $9.9292 |
| 11/14/2018 | Sold | -100 | $9.9291 |
| 11/14/2018 | Sold | -100 | $9.9246 |
| 11/14/2018 | Sold | -3,100 | $9.9201 |
| 2/21/2019 | Bought | 5,000 | $7.9359 |
| 2/21/2019 | Bought | 4,500 | $8.0362 |
| 2/22/2019 | Sold | -700 | $8.0500 |
| 2/22/2019 | Sold | -8,600 | $8.0463 |
| 2/22/2019 | Sold | -200 | $8.0400 |
| 2/26/2019 | Bought | 276 | $8.2900 |
| 2/26/2019 | Bought | 4,224 | $8.2899 |
| 2/26/2019 | Bought | 100 | $8.2850 |
| 2/26/2019 | Bought | 400 | $8.2800 |
| 2/26/2019 | Sold | -400 | $8.2950 |
| 2/26/2019 | Sold | -4,600 | $8.2901 |
| 2/28/2019 | Bought | 2,500 | $8.0200 |
| 2/28/2019 | Bought | 2,500 | $7.9650 |
| 2/28/2019 | Bought | 600 | $8.0239 |
| 2/28/2019 | Bought | 4,400 | $8.0219 |
| 2/28/2019 | Sold | -10,000 | $8.0100 |
| 2/28/2019 | Bought | 5,000 | $7.3500 |
| 2/28/2019 | Sold | -450 | $7.5000 |
| 2/28/2019 | Sold | -4,550 | $7.4900 |
| 3/1/2019 | Bought | 5,000 | $5.3093 |
| 3/1/2019 | Bought | 5,000 | $5.1400 |
| 3/1/2019 | Bought | 5,000 | $5.0092 |
| 3/1/2019 | Bought | 1,500 | $5.0099 |
| 3/6/2019 | Bought | 4,700 | $4.7800 |
| 3/6/2019 | Bought | 300 | $4.7736 |
| 3/7/2019 | Sold | -3,680 | $4.9301 |
| 3/7/2019 | Sold | -720 | $4.9535 |
| 3/7/2019 | Sold | -600 | $4.9500 |
| 3/12/2019 | Bought | 5,000 | $5.3900 |
| 3/13/2019 | Sold | -5,000 | $5.4400 |

| Date | Transaction Type | Quantity | Unit Price |
|------|------------------|----------|------------|
| 3/13/2019 | Bought | 5,000 | $5.3331 |
| 3/13/2019 | Sold | -5,000 | $5.4301 |
| 3/15/2019 | Bought | 2,500 | $5.3961 |
| 3/15/2019 | Sold | -2,500 | $5.4001 |
| 3/20/2019 | Bought | 5,000 | $5.6000 |
| 3/20/2019 | Bought | 5,000 | $5.4697 |
| 3/21/2019 | Sold | -237 | $5.5900 |
| 3/21/2019 | Sold | -9,763 | $5.5800 |
| 3/22/2019 | Sold | -300 | $5.3700 |
| 3/26/2019 | Sold | -300 | $5.2350 |
| 3/26/2019 | Sold | -1,400 | $5.2301 |
| 3/26/2019 | Sold | -1,000 | $5.2213 |
| 3/27/2019 | Bought | 3,000 | $5.2200 |
| 3/27/2019 | Bought | 3,000 | $5.1499 |
| 3/27/2019 | Bought | 3,000 | $5.0900 |
| 3/27/2019 | Bought | 5,000 | $5.0600 |
| 3/27/2019 | Sold | -500 | $5.1801 |
| 3/27/2019 | Sold | -6,500 | $5.1702 |
| 3/27/2019 | Sold | -1,500 | $5.1301 |
| 3/27/2019 | Sold | -1,500 | $5.0708 |
| 3/28/2019 | Bought | 2,500 | $5.0500 |
| 3/28/2019 | Bought | 5,000 | $4.9600 |
| 3/28/2019 | Sold | -6,500 | $5.0401 |
| 3/28/2019 | Sold | -5,000 | $5.0500 |
| 4/2/2019 | Sold | -7,000 | $5.4615 |
| 4/2/2019 | Sold | -258 | $5.4750 |
| 4/2/2019 | Sold | -5,342 | $5.4705 |
| 4/2/2019 | Sold | -900 | $5.4701 |
| 4/2/2019 | Bought | 4,000 | $5.4599 |
| 4/3/2019 | Bought | 9,500 | $5.4600 |
| 4/5/2019 | Sold | -1,200 | $5.5400 |
| 4/5/2019 | Sold | -8,800 | $5.5300 |
| 4/5/2019 | Sold | -3,400 | $5.5401 |
| 4/5/2019 | Bought | 5,000 | $5.4696 |
| 4/5/2019 | Bought | 5,000 | $5.4582 |
| 4/5/2019 | Bought | 3,400 | $5.4600 |
| 4/5/2019 | Sold | -100 | $5.5500 |
| 4/5/2019 | Bought | 100 | $5.4600 |
| 4/8/2019 | Bought | 5,000 | $5.3499 |
| 4/8/2019 | Sold | -5,000 | $5.4701 |
| 4/8/2019 | Sold | -5,000 | $5.5201 |
| 4/8/2019 | Sold | -200 | $5.6310 |
| 4/8/2019 | Sold | -5,300 | $5.6301 |
| 4/8/2019 | Bought | 5,500 | $5.5300 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 4/8/2019 | Bought | 5,000 | $5.5399 |
| 4/9/2019 | Bought | 5,000 | $5.4199 |
| 4/9/2019 | Bought | 5,000 | $5.3999 |
| 4/9/2019 | Bought | 4,000 | $5.3593 |
| 4/9/2019 | Bought | 4,900 | $5.3286 |
| 4/9/2019 | Bought | 100 | $5.3268 |
| 4/9/2019 | Sold | -5,200 | $5.2350 |
| 4/9/2019 | Sold | -4,800 | $5.2300 |
| 4/9/2019 | Sold | -10,000 | $5.2300 |
| 4/9/2019 | Bought | 900 | $5.3500 |
| 4/9/2019 | Bought | 100 | $5.3450 |
| 4/10/2019 | Bought | 8,771 | $5.2300 |
| 4/10/2019 | Bought | 9,018 | $5.0800 |
| 4/10/2019 | Bought | 982 | $5.0700 |
| 4/10/2019 | Sold | -5,000 | $5.1101 |
| 4/10/2019 | Sold | -3,000 | $5.1001 |
| 4/10/2019 | Bought | 1,229 | $5.2200 |
| 4/11/2019 | Bought | 5,000 | $5.0000 |
| 4/11/2019 | Bought | 7,000 | $5.0000 |
| 4/11/2019 | Sold | -6,000 | $5.0115 |
| 4/11/2019 | Sold | -6,000 | $5.0200 |
| 4/12/2019 | Bought | 4,900 | $4.8600 |
| 4/12/2019 | Bought | 100 | $4.8575 |
| 4/12/2019 | Bought | 3,700 | $4.8293 |
| 4/12/2019 | Bought | 1,300 | $4.8290 |
| 4/12/2019 | Sold | -10,000 | $4.8600 |
| 4/12/2019 | Bought | 5,000 | $4.8400 |
| 4/12/2019 | Bought | 5,000 | $4.7700 |
| 4/12/2019 | Sold | -2,656 | $4.8301 |
| 4/12/2019 | Sold | -7,000 | $4.8301 |
| 4/12/2019 | Sold | -344 | $4.8300 |
| 4/15/2019 | Bought | 5,000 | $4.7200 |
| 4/15/2019 | Bought | 5,000 | $4.6700 |
| 4/15/2019 | Sold | -725 | $4.7350 |
| 4/15/2019 | Sold | -500 | $4.7310 |
| 4/15/2019 | Sold | -2,000 | $4.7301 |
| 4/15/2019 | Sold | -6,775 | $4.7300 |
| 4/16/2019 | Bought | 4,300 | $4.6599 |
| 4/16/2019 | Sold | -100 | $4.7282 |
| 4/16/2019 | Sold | -100 | $4.7263 |
| 4/16/2019 | Sold | -4,800 | $4.7258 |
| 4/16/2019 | Bought | 700 | $4.6100 |
| 4/17/2019 | Bought | 5,000 | $4.6071 |
| 4/17/2019 | Bought | 5,000 | $4.5994 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 4/17/2019 | Sold | -3,957 | $4.6501 |
| 4/17/2019 | Sold | -700 | $4.6500 |
| 4/17/2019 | Bought | 3,300 | $4.5790 |
| 4/17/2019 | Bought | 1,700 | $4.5786 |
| 4/17/2019 | Sold | -2,695 | $4.6301 |
| 4/17/2019 | Bought | 4,618 | $4.6499 |
| 4/17/2019 | Bought | 5,000 | $4.6085 |
| 4/17/2019 | Sold | -1,225 | $4.3501 |
| 4/17/2019 | Sold | -284 | $4.3301 |
| 4/17/2019 | Sold | -3,100 | $4.3300 |
| 4/17/2019 | Sold | -5,343 | $4.6600 |
| 4/17/2019 | Sold | -2,305 | $4.6400 |
| 4/17/2019 | Sold | -3,775 | $4.3800 |
| 4/17/2019 | Bought | 382 | $4.6500 |
| 4/17/2019 | Sold | -1,616 | $4.3400 |
| 4/18/2019 | Bought | 7,770 | $4.3100 |
| 4/18/2019 | Bought | 2,230 | $4.3050 |
| 4/26/2019 | Bought | 5,000 | $4.3385 |
| 4/26/2019 | Sold | -400 | $4.4152 |
| 4/26/2019 | Sold | -4,600 | $4.4121 |
| 4/26/2019 | Bought | 5,000 | $4.3885 |
| 4/26/2019 | Sold | -100 | $4.4622 |
| 4/26/2019 | Sold | -4,900 | $4.4607 |
| 4/26/2019 | Sold | -20 | $4.4650 |
| 4/26/2019 | Sold | -1,900 | $4.4610 |
| 4/26/2019 | Sold | -8,080 | $4.4600 |
| 5/1/2019 | Bought | 2,500 | $4.3595 |
| 5/1/2019 | Bought | 2,400 | $4.3395 |
| 5/1/2019 | Bought | 2,500 | $4.2799 |
| 5/1/2019 | Bought | 5,000 | $4.2188 |
| 5/1/2019 | Sold | -12,500 | $4.2900 |
| 5/1/2019 | Bought | 100 | $4.3200 |
| 5/2/2019 | Bought | 2,500 | $4.2200 |
| 5/2/2019 | Bought | 2,500 | $4.1898 |
| 5/2/2019 | Bought | 4,800 | $4.1373 |
| 5/2/2019 | Bought | 200 | $4.1300 |
| 5/2/2019 | Sold | -10,000 | $4.1900 |
| 5/6/2019 | Bought | 5,000 | $4.3500 |
| 5/6/2019 | Sold | -5,000 | $4.5901 |
| 5/7/2019 | Bought | 2,500 | $4.4999 |
| 5/7/2019 | Bought | 2,500 | $4.4300 |
| 5/7/2019 | Bought | 2,500 | $4.4099 |
| 5/7/2019 | Bought | 100 | $4.3600 |
| 5/7/2019 | Bought | 500 | $4.3599 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 5/7/2019 | Bought | 1,900 | $4.3550 |
| 5/7/2019 | Bought | 2,500 | $4.2900 |
| 5/7/2019 | Bought | 3,200 | $4.1900 |
| 5/7/2019 | Bought | 300 | $4.1890 |
| 5/7/2019 | Bought | 200 | $4.1889 |
| 5/7/2019 | Bought | 200 | $4.1885 |
| 5/7/2019 | Bought | 100 | $4.1882 |
| 5/7/2019 | Bought | 100 | $4.1878 |
| 5/7/2019 | Bought | 100 | $4.1867 |
| 5/7/2019 | Bought | 800 | $4.1856 |
| 5/7/2019 | Sold | -5,000 | $4.2107 |
| 5/8/2019 | Bought | 6,300 | $4.2900 |
| 5/8/2019 | Bought | 5,900 | $4.2500 |
| 5/8/2019 | Bought | 300 | $4.2400 |
| 5/8/2019 | Sold | -9,132 | $4.3701 |
| 5/8/2019 | Sold | -1,900 | $4.3670 |
| 5/8/2019 | Sold | -1,193 | $4.3639 |
| 5/8/2019 | Sold | -2,198 | $4.3600 |
| 5/8/2019 | Bought | 100 | $4.3650 |
| 5/8/2019 | Sold | -100 | $4.3850 |
| 5/8/2019 | Sold | -768 | $4.3800 |
| 5/8/2019 | Sold | -1,400 | $4.3979 |
| 5/8/2019 | Sold | -800 | $4.3953 |
| 5/8/2019 | Sold | -7,209 | $4.3900 |
| 5/8/2019 | Sold | -400 | $4.4000 |
| 5/9/2019 | Bought | 5,000 | $4.2500 |
| 5/9/2019 | Bought | 5,000 | $4.0700 |
| 5/9/2019 | Sold | -10,000 | $4.1700 |
| 5/10/2019 | Bought | 2,500 | $4.2899 |
| 5/10/2019 | Bought | 1,250 | $4.2791 |
| 5/10/2019 | Bought | 1,250 | $4.2750 |
| 5/10/2019 | Bought | 2,500 | $4.2500 |
| 5/10/2019 | Sold | -7,500 | $4.3700 |
| 5/13/2019 | Bought | 5,000 | $4.1900 |
| 5/13/2019 | Bought | 5,000 | $4.0599 |
| 5/13/2019 | Sold | -10,000 | $4.1450 |
| 5/13/2019 | Bought | 3,495 | $4.1900 |
| 5/13/2019 | Bought | 1,505 | $4.1843 |
| 5/13/2019 | Sold | -5,000 | $4.2609 |
| 5/15/2019 | Bought | 5,000 | $4.3700 |
| 5/15/2019 | Sold | -200 | $4.4867 |
| 5/15/2019 | Sold | -4,800 | $4.4833 |
| 5/16/2019 | Bought | 5,000 | $4.6300 |
| 5/16/2019 | Sold | -5,000 | $4.7113 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 5/16/2019 | Bought | 5,000 | $4.6900 |
| 5/16/2019 | Sold | -200 | $4.6900 |
| 5/17/2019 | Bought | 5,000 | $4.5100 |
| 5/17/2019 | Sold | -9,800 | $4.6000 |
| 5/20/2019 | Bought | 5,000 | $4.5600 |
| 5/20/2019 | Bought | 5,000 | $4.4747 |
| 5/20/2019 | Sold | -10,000 | $4.6100 |
| 5/21/2019 | Bought | 5,000 | $4.7100 |
| 5/21/2019 | Bought | 5,000 | $4.7390 |
| 5/21/2019 | Sold | -3,300 | $4.7450 |
| 5/21/2019 | Sold | -6,700 | $4.7400 |
| 5/22/2019 | Bought | 5,000 | $4.8200 |
| 5/22/2019 | Bought | 5,000 | $4.7999 |
| 5/22/2019 | Bought | 5,000 | $4.8100 |
| 5/22/2019 | Bought | 5,000 | $4.7400 |
| 5/22/2019 | Bought | 5,000 | $4.6400 |
| 5/22/2019 | Sold | -100 | $4.7000 |
| 5/23/2019 | Bought | 10,000 | $4.7600 |
| 5/23/2019 | Sold | -400 | $4.7300 |
| 5/30/2019 | Sold | -10,000 | $4.8000 |
| 5/30/2019 | Sold | -9,077 | $4.8000 |
| 5/30/2019 | Sold | -14,500 | $4.8100 |
| 5/30/2019 | Sold | -923 | $4.8100 |
| 5/31/2019 | Bought | 5,000 | $4.7589 |
| 5/31/2019 | Bought | 5,000 | $4.7500 |
| 5/31/2019 | Sold | -5,000 | $4.8013 |
| 5/31/2019 | Sold | -5,000 | $4.8169 |
| 6/6/2019 | Bought | 5,000 | $5.1900 |
| 6/6/2019 | Bought | 2,390 | $5.1500 |
| 6/6/2019 | Sold | -10,000 | $5.2700 |
| 6/6/2019 | Bought | 1,100 | $5.1500 |
| 6/6/2019 | Bought | 100 | $5.1400 |
| 6/6/2019 | Bought | 1,410 | $5.1400 |
| 6/7/2019 | Bought | 25,400 | $5.4000 |
| 6/7/2019 | Bought | 100 | $5.3800 |
| 6/7/2019 | Sold | -25,500 | $5.4000 |
| 6/13/2019 | Bought | 5,000 | $6.5400 |
| 6/13/2019 | Sold | -200 | $6.7550 |
| 6/13/2019 | Sold | -2,000 | $6.7510 |
| 6/13/2019 | Sold | -900 | $6.7501 |
| 6/13/2019 | Sold | -6,900 | $6.7500 |
| 6/13/2019 | Bought | 5,000 | $6.7500 |
| 6/14/2019 | Bought | 5,000 | $7.0599 |
| 6/14/2019 | Sold | -900 | $7.0350 |

| Date | Transaction Type | Quantity | Unit Price |
|------|------------------|----------|------------|
| 6/14/2019 | Sold | -200 | $7.0309 |
| 6/14/2019 | Sold | -500 | $7.0302 |
| 6/14/2019 | Sold | -2,305 | $7.0301 |
| 6/14/2019 | Sold | -1,095 | $7.0300 |
| 6/17/2019 | Bought | 5,000 | $7.0200 |
| 6/17/2019 | Sold | -5,000 | $7.2901 |
| 6/17/2019 | Bought | 5,000 | $7.2500 |
| 6/17/2019 | Sold | -300 | $7.3350 |
| 6/17/2019 | Sold | -3,170 | $7.3300 |
| 6/17/2019 | Sold | -1,530 | $7.3400 |
| 6/19/2019 | Bought | 4,900 | $8.2299 |
| 6/19/2019 | Sold | -300 | $8.3900 |
| 6/19/2019 | Sold | -4,700 | $8.3800 |
| 6/19/2019 | Bought | 5,000 | $8.3800 |
| 6/19/2019 | Sold | -5,000 | $8.4309 |
| 6/19/2019 | Bought | 5,000 | $8.4800 |
| 6/19/2019 | Sold | -4,100 | $8.5050 |
| 6/19/2019 | Sold | -100 | $8.5010 |
| 6/19/2019 | Sold | -100 | $8.5009 |
| 6/19/2019 | Sold | -100 | $8.5008 |
| 6/19/2019 | Sold | -100 | $8.5005 |
| 6/19/2019 | Sold | -100 | $8.5002 |
| 6/19/2019 | Sold | -400 | $8.5001 |
| 6/19/2019 | Bought | 100 | $8.2000 |
| 6/20/2019 | Bought | 5,000 | $8.3500 |
| 6/20/2019 | Bought | 5,000 | $8.2600 |
| 6/20/2019 | Sold | -1,549 | $8.3701 |
| 6/20/2019 | Sold | -8,451 | $8.3700 |
| 6/21/2019 | Bought | 5,000 | $7.6441 |
| 6/21/2019 | Sold | -5,000 | $7.7500 |
| 6/21/2019 | Bought | 5,000 | $7.6600 |
| 6/21/2019 | Bought | 5,000 | $7.6000 |
| 6/21/2019 | Sold | -10,000 | $7.7300 |
| 6/21/2019 | Bought | 5,000 | $7.5487 |
| 6/21/2019 | Bought | 5,000 | $7.4987 |
| 6/21/2019 | Sold | -10,000 | $7.5900 |
| 6/21/2019 | Bought | 5,000 | $7.5500 |
| 6/21/2019 | Sold | -320 | $7.5650 |
| 6/21/2019 | Sold | -200 | $7.5607 |
| 6/21/2019 | Sold | -4,480 | $7.5600 |
| 6/24/2019 | Bought | 5,000 | $7.2499 |
| 6/24/2019 | Bought | 5,000 | $7.1800 |
| 6/24/2019 | Sold | -10,000 | $7.2500 |
| 6/24/2019 | Bought | 5,000 | $7.1200 |

| Date | Transaction Type | Quantity | Unit Price |
|------|-----------------|----------|-----------|
| 6/24/2019 | Sold | -5,000 | $7.1944 |
| 6/25/2019 | Bought | 5,000 | $7.4200 |
| 6/25/2019 | Sold | -5,000 | $7.4201 |
| 6/26/2019 | Bought | 5,000 | $7.4000 |
| 6/26/2019 | Bought | 5,000 | $7.3300 |
| 6/26/2019 | Bought | 5,000 | $7.2500 |
| 6/26/2019 | Bought | 5,000 | $7.2500 |
| 6/26/2019 | Bought | 5,000 | $7.2500 |
| 6/26/2019 | Sold | -16,497 | $7.3800 |
| 6/26/2019 | Sold | -4,000 | $7.3700 |
| 6/26/2019 | Sold | -300 | $7.3900 |
| 6/26/2019 | Sold | -100 | $7.3800 |
| 6/26/2019 | Sold | -500 | $7.3750 |
| 6/26/2019 | Sold | -3,603 | $7.3700 |
| 6/27/2019 | Bought | 5,000 | $7.4499 |
| 6/27/2019 | Bought | 5,000 | $7.3599 |
| 6/27/2019 | Sold | -247 | $7.5900 |
| 6/27/2019 | Sold | -1,923 | $7.5800 |
| 6/27/2019 | Sold | -7,830 | $7.5700 |
| 6/28/2019 | Bought | 5,000 | $7.6500 |
| 6/28/2019 | Sold | -500 | $7.6650 |
| 6/28/2019 | Sold | -4,500 | $7.6600 |
| 7/1/2019 | Bought | 5,000 | $7.6900 |
| 7/1/2019 | Bought | 5,000 | $7.6200 |
| 7/1/2019 | Bought | 5,000 | $7.4600 |
| 7/2/2019 | Bought | 5,000 | $7.4099 |
| 7/2/2019 | Bought | 5,000 | $7.3699 |
| 7/2/2019 | Sold | -100 | $7.3950 |
| 7/2/2019 | Sold | -8,800 | $7.3900 |
| 7/3/2019 | Sold | -1,100 | $7.4201 |
| 7/3/2019 | Bought | 5,000 | $7.4500 |
| 7/3/2019 | Bought | 5,000 | $7.4287 |
| 7/3/2019 | Sold | -8,245 | $7.4800 |
| 7/3/2019 | Sold | -1,755 | $7.4900 |
| 7/3/2019 | Sold | -1,299 | $7.5500 |
| 7/3/2019 | Sold | -2,000 | $7.5400 |
| 7/5/2019 | Sold | -11,701 | $7.5900 |
| 7/8/2019 | Bought | 5,000 | $7.5300 |
| 7/8/2019 | Bought | 5,000 | $7.4500 |
| 7/8/2019 | Sold | -7,654 | $7.5400 |
| 7/9/2019 | Sold | -2,346 | $7.5400 |
| 7/18/2019 | Sold | -600 | $7.5650 |
| 7/18/2019 | Sold | -7,163 | $7.5601 |
| 7/18/2019 | Sold | -701 | $7.6300 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 7/18/2019 | Sold | -9,299 | $7.6200 |
| 7/18/2019 | Sold | -1,545 | $7.5950 |
| 7/18/2019 | Sold | -2,369 | $7.5901 |
| 7/18/2019 | Sold | -1,586 | $7.5900 |
| 7/18/2019 | Sold | -495 | $7.6000 |
| 7/18/2019 | Sold | -1,742 | $7.6200 |
| 7/19/2019 | Bought | 9,500 | $7.6500 |
| 7/19/2019 | Bought | 500 | $7.6400 |
| 7/19/2019 | Bought | 1,001 | $7.6500 |
| 7/19/2019 | Bought | 6,533 | $7.6487 |
| 7/19/2019 | Bought | 200 | $7.6450 |
| 7/19/2019 | Bought | 3,700 | $7.6360 |
| 7/19/2019 | Bought | 1,000 | $7.6330 |
| 7/19/2019 | Bought | 800 | $7.6315 |
| 7/19/2019 | Bought | 1,866 | $7.6400 |
| 7/19/2019 | Bought | 400 | $7.6350 |
| 7/25/2019 | Bought | 4,200 | $7.8699 |
| 7/25/2019 | Bought | 2,400 | $7.8199 |
| 7/25/2019 | Bought | 2,300 | $7.8150 |
| 7/25/2019 | Bought | 300 | $7.8100 |
| 7/25/2019 | Bought | 800 | $7.7845 |
| 7/25/2019 | Sold | -3,500 | $7.5700 |
| 7/25/2019 | Sold | -1,500 | $7.5700 |
| 7/25/2019 | Sold | -100 | $7.5700 |
| 7/26/2019 | Bought | 5,100 | $7.6099 |
| 7/26/2019 | Bought | 10,000 | $7.3700 |
| 7/26/2019 | Sold | -5,000 | $7.6000 |
| 7/26/2019 | Sold | -1,700 | $7.6300 |
| 7/26/2019 | Sold | -8,300 | $7.6200 |
| 7/26/2019 | Sold | -4,700 | $7.6301 |
| 7/26/2019 | Sold | -300 | $7.6200 |
| 7/29/2019 | Bought | 5,000 | $7.4699 |
| 7/29/2019 | Sold | -500 | $7.5877 |
| 7/29/2019 | Sold | -800 | $7.5874 |
| 7/29/2019 | Sold | -200 | $7.5853 |
| 7/29/2019 | Sold | -800 | $7.5848 |
| 7/29/2019 | Sold | -2,700 | $7.5800 |
| 7/31/2019 | Sold | -3,700 | $8.1200 |
| 7/31/2019 | Bought | 4,400 | $8.1900 |
| 7/31/2019 | Bought | 600 | $8.1850 |
| 7/31/2019 | Sold | -300 | $8.2150 |
| 7/31/2019 | Sold | -4,700 | $8.2101 |
| 7/31/2019 | Bought | 5,000 | $8.0459 |
| 7/31/2019 | Bought | 5,000 | $8.1099 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 7/31/2019 | Bought | 2,100 | $8.0199 |
| 7/31/2019 | Bought | 1,600 | $8.0150 |
| 8/2/2019 | Bought | 10,000 | $7.4800 |
| 8/2/2019 | Bought | 10,000 | $7.2900 |
| 8/2/2019 | Sold | -1,100 | $7.4000 |
| 8/2/2019 | Sold | -1,800 | $7.3900 |
| 8/2/2019 | Sold | -17,100 | $7.3800 |
| 8/5/2019 | Bought | 5,000 | $7.2499 |
| 8/5/2019 | Bought | 1,488 | $7.2700 |
| 8/5/2019 | Bought | 1,660 | $7.2699 |
| 8/5/2019 | Bought | 1,852 | $7.2600 |
| 8/7/2019 | Sold | -10,000 | $7.4900 |
| 8/8/2019 | Sold | -10,000 | $7.6300 |
| 8/13/2019 | Bought | 4,530 | $6.7500 |
| 8/13/2019 | Bought | 200 | $6.7499 |
| 8/13/2019 | Bought | 5,000 | $6.7399 |
| 8/13/2019 | Bought | 270 | $6.7000 |
| 8/13/2019 | Sold | -1,865 | $6.7300 |
| 8/13/2019 | Sold | -1 | $6.7200 |
| 8/14/2019 | Sold | -8,134 | $6.7500 |
| 8/20/2019 | Bought | 200 | $6.9200 |
| 8/20/2019 | Bought | 4,200 | $6.9199 |
| 8/20/2019 | Bought | 100 | $6.9175 |
| 8/20/2019 | Bought | 400 | $6.9150 |
| 8/20/2019 | Bought | 100 | $6.9100 |
| 8/20/2019 | Sold | -5,000 | $7.0200 |
| 8/20/2019 | Bought | 5,000 | $6.9200 |
| 8/20/2019 | Bought | 5,000 | $6.8699 |
| 8/20/2019 | Bought | 5,000 | $6.7700 |
| 8/20/2019 | Sold | -15,000 | $6.8500 |
| 8/21/2019 | Bought | 5,000 | $6.7700 |
| 8/21/2019 | Bought | 5,000 | $6.7700 |
| 8/21/2019 | Bought | 3,600 | $6.6199 |
| 8/21/2019 | Bought | 1,400 | $6.6150 |
| 8/21/2019 | Bought | 10,000 | $6.3800 |
| 8/21/2019 | Sold | -9,800 | $6.4101 |
| 8/21/2019 | Sold | -200 | $6.4200 |
| 8/27/2019 | Sold | -7,000 | $5.5300 |
| 9/4/2019 | Sold | -8,000 | $5.5101 |
| 9/17/2019 | Bought | 4,131 | $6.4540 |
| 9/17/2019 | Bought | 400 | $6.4491 |
| 9/17/2019 | Bought | 200 | $6.4487 |
| 9/17/2019 | Bought | 100 | $6.4485 |
| 9/17/2019 | Bought | 69 | $6.4472 |

| Date | Transaction Type | Quantity | Unit Price |
|------|------------------|----------|------------|
| 9/17/2019 | Bought | 100 | $6.4440 |
| 9/17/2019 | Bought | 1,500 | $6.5700 |
| 9/17/2019 | Sold | -5,000 | $6.4700 |
| 9/17/2019 | Sold | -1,000 | $6.6501 |
| 9/17/2019 | Sold | -500 | $6.6300 |
| 9/18/2019 | Bought | 3,501 | $6.2600 |
| 9/18/2019 | Bought | 100 | $6.2550 |
| 9/18/2019 | Sold | -109 | $6.3150 |
| 9/18/2019 | Bought | 5,000 | $6.2500 |
| 9/18/2019 | Bought | 2,900 | $6.2100 |
| 9/18/2019 | Bought | 1,300 | $6.2099 |
| 9/18/2019 | Bought | 600 | $6.2098 |
| 9/18/2019 | Bought | 200 | $6.2050 |
| 9/18/2019 | Bought | 5,000 | $6.1900 |
| 9/18/2019 | Sold | -12,691 | $6.2500 |
| 9/18/2019 | Bought | 1,000 | $6.2799 |
| 9/18/2019 | Sold | -300 | $6.2701 |
| 9/18/2019 | Sold | -1,700 | $6.2600 |
| 9/18/2019 | Sold | -1,700 | $6.3300 |
| 9/18/2019 | Sold | -500 | $6.3224 |
| 9/18/2019 | Sold | -200 | $6.3222 |
| 9/18/2019 | Sold | -1,500 | $6.3214 |
| 9/18/2019 | Sold | -2,200 | $6.3212 |
| 9/18/2019 | Sold | -100 | $6.3200 |
| 9/18/2019 | Bought | 1,199 | $6.2500 |
| 9/18/2019 | Bought | 200 | $6.2499 |
| 10/16/2019 | Bought | 5,000 | $5.8400 |
| 10/16/2019 | Bought | 5,000 | $5.7889 |
| 10/17/2019 | Sold | -4,700 | $5.3201 |
| 10/17/2019 | Sold | -300 | $5.2901 |
| 10/18/2019 | Sold | -200 | $5.1901 |
| 10/18/2019 | Sold | -1,416 | $5.1900 |
| 10/18/2019 | Sold | -504 | $5.1800 |
| 10/18/2019 | Sold | -2,880 | $5.1703 |
| 10/23/2019 | Transferred | 10,000 | $0.0000 |
| 11/20/2019 | Bought | 5,000 | $5.9100 |
| 11/20/2019 | Sold | -5,000 | $5.9601 |
| 11/21/2019 | Bought | 5,000 | $5.9600 |
| 11/21/2019 | Sold | -100 | $6.0150 |
| 11/21/2019 | Sold | -4,900 | $6.0100 |
| 11/21/2019 | Sold | -600 | $6.0200 |
| 11/21/2019 | Bought | 4,000 | $5.9299 |
| 11/21/2019 | Bought | 1,000 | $5.9294 |
| 11/21/2019 | Sold | -5,000 | $5.9500 |

| Date | Transaction Type | Quantity | Unit Price |
|------|-----------------|----------|------------|
| 11/21/2019 | Bought | 500 | $5.9200 |
| 11/21/2019 | Bought | 100 | $5.9100 |
| 11/22/2019 | Bought | 5,000 | $5.9600 |
| 11/22/2019 | Bought | 5,000 | $5.9100 |
| 11/22/2019 | Bought | 10,000 | $5.8300 |
| 11/22/2019 | Sold | -200 | $5.8950 |
| 11/22/2019 | Sold | -9,800 | $5.8900 |
| 11/22/2019 | Sold | -10,000 | $5.8900 |
| 11/25/2019 | Bought | 5,000 | $5.9200 |
| 11/25/2019 | Bought | 100 | $5.9099 |
| 11/25/2019 | Bought | 4,900 | $5.9024 |
| 11/25/2019 | Sold | -10,000 | $5.9600 |
| 11/25/2019 | Bought | 5,000 | $5.9200 |
| 11/25/2019 | Bought | 100 | $5.9100 |
| 11/25/2019 | Bought | 3,900 | $5.9099 |
| 11/25/2019 | Bought | 1,000 | $5.9050 |
| 11/25/2019 | Sold | -10,000 | $5.9750 |
| 11/26/2019 | Bought | 5,000 | $5.9100 |
| 11/26/2019 | Bought | 400 | $5.9000 |
| 11/26/2019 | Bought | 1,346 | $5.8999 |
| 11/26/2019 | Bought | 2,900 | $5.8980 |
| 11/26/2019 | Bought | 354 | $5.8950 |
| 11/26/2019 | Bought | 400 | $5.8922 |
| 11/26/2019 | Bought | 9,600 | $5.8500 |
| 11/26/2019 | Bought | 5,700 | $5.7600 |
| 11/26/2019 | Bought | 100 | $5.7599 |
| 11/26/2019 | Bought | 200 | $5.7570 |
| 11/26/2019 | Bought | 4,000 | $5.7550 |
| 11/26/2019 | Bought | 9,008 | $5.7000 |
| 11/26/2019 | Bought | 992 | $5.6900 |
| 11/26/2019 | Bought | 3,900 | $5.6400 |
| 11/26/2019 | Bought | 6,100 | $5.6350 |
| 11/26/2019 | Sold | -10,000 | $5.5900 |
| 11/26/2019 | Sold | -10,000 | $5.5900 |
| 12/11/2019 | Sold | -9,800 | $5.7000 |
| 12/11/2019 | Sold | -200 | $5.7000 |
| 12/12/2019 | Sold | -10,000 | $5.8800 |
| 12/12/2019 | Sold | -100 | $5.9201 |
| 12/12/2019 | Sold | -200 | $5.9200 |
| 12/12/2019 | Sold | -100 | $5.9101 |
| 12/12/2019 | Sold | -9,600 | $5.9100 |
| 12/13/2019 | Bought | 1,000 | $5.8600 |
| 12/31/2019 | Bought | 5,000 | $5.3900 |
| 12/31/2019 | Bought | 3,800 | $5.3700 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 12/31/2019 | Bought | 500 | $5.3699 |
| 12/31/2019 | Bought | 100 | $5.3698 |
| 12/31/2019 | Bought | 600 | $5.3650 |
| 12/31/2019 | Sold | -1,700 | $5.4850 |
| 12/31/2019 | Sold | -3,300 | $5.4801 |
| 12/31/2019 | Sold | -5,000 | $5.4806 |
| 12/31/2019 | Bought | 4,611 | $5.4100 |
| 12/31/2019 | Sold | -208 | $5.4126 |
| 12/31/2019 | Sold | -4,792 | $5.4100 |
| 12/31/2019 | Bought | 389 | $5.3876 |
| 1/2/2020 | Bought | 17 | $5.6500 |
| 1/9/2020 | Bought | 5,000 | $6.1700 |
| 1/9/2020 | Bought | 5,000 | $6.1500 |
| 1/9/2020 | Sold | -200 | $6.2150 |
| 1/9/2020 | Sold | -1,403 | $6.2101 |
| 1/9/2020 | Sold | -8,049 | $6.2100 |
| 1/9/2020 | Sold | -365 | $6.2200 |
| 1/13/2020 | Bought | 4,800 | $6.3200 |
| 1/13/2020 | Sold | -5,000 | $6.4400 |
| 1/13/2020 | Bought | 200 | $6.3000 |
| 1/14/2020 | Bought | 5,000 | $6.8300 |
| 1/14/2020 | Bought | 5,000 | $6.7699 |
| 1/14/2020 | Bought | 5,000 | $6.7299 |
| 1/14/2020 | Sold | -200 | $6.8150 |
| 1/14/2020 | Sold | -969 | $6.8101 |
| 1/14/2020 | Sold | -1,340 | $6.8100 |
| 1/14/2020 | Sold | -1,091 | $6.8000 |
| 1/14/2020 | Sold | -1,400 | $6.7902 |
| 1/14/2020 | Sold | -10,000 | $6.8000 |
| 1/14/2020 | Sold | -400 | $6.8200 |
| 1/15/2020 | Bought | 1,581 | $7.0300 |
| 1/15/2020 | Bought | 5,000 | $6.9498 |
| 1/15/2020 | Bought | 5,000 | $6.8199 |
| 1/15/2020 | Sold | -5,000 | $6.8715 |
| 1/15/2020 | Sold | -3,987 | $6.8700 |
| 1/15/2020 | Bought | 3,419 | $7.0200 |
| 1/15/2020 | Sold | -774 | $6.8801 |
| 1/15/2020 | Sold | -239 | $6.8800 |
| 1/16/2020 | Sold | -4,600 | $6.9300 |
| 1/16/2020 | Bought | 5,000 | $6.8700 |
| 1/16/2020 | Bought | 5,000 | $6.7000 |
| 1/16/2020 | Sold | -700 | $6.6202 |
| 1/16/2020 | Sold | -4,300 | $6.6201 |
| 1/16/2020 | Sold | -3,483 | $6.5404 |

| Date | Transaction Type | Quantity | Unit Price |
|------|------------------|----------|------------|
| 1/16/2020 | Sold | -3,700 | $6.4701 |
| 1/16/2020 | Bought | 5,000 | $6.2900 |
| 1/16/2020 | Bought | 5,000 | $6.2500 |
| 1/16/2020 | Bought | 4,900 | $6.1700 |
| 1/16/2020 | Bought | 100 | $6.1650 |
| 1/16/2020 | Sold | -15,000 | $6.2500 |
| 1/16/2020 | Sold | -300 | $6.4901 |
| 1/16/2020 | Sold | -1,042 | $6.5701 |
| 1/16/2020 | Sold | -475 | $6.5650 |
| 1/24/2020 | Bought | 5,000 | $5.9100 |
| 1/24/2020 | Bought | 5,000 | $5.8199 |
| 1/24/2020 | Bought | 5,000 | $5.7099 |
| 1/24/2020 | Bought | 747 | $5.6700 |
| 1/24/2020 | Bought | 3,453 | $5.6600 |
| 1/24/2020 | Bought | 200 | $5.6576 |
| 1/24/2020 | Bought | 500 | $5.6573 |
| 1/24/2020 | Bought | 100 | $5.6550 |
| 1/24/2020 | Bought | 3,488 | $5.6400 |
| 1/24/2020 | Bought | 112 | $5.6399 |
| 1/24/2020 | Bought | 1,400 | $5.6350 |
| 1/24/2020 | Sold | -5,000 | $5.6200 |
| 1/24/2020 | Sold | -109 | $5.6400 |
| 3/26/2020 | Bought | 2,600 | $3.4500 |
| 3/26/2020 | Bought | 1,200 | $3.4499 |
| 3/26/2020 | Sold | -5,000 | $3.4300 |
| 3/26/2020 | Bought | 500 | $3.4100 |
| 3/26/2020 | Bought | 700 | $3.4099 |
| 4/2/2020 | Bought | 2,267 | $2.6799 |
| 4/2/2020 | Bought | 7,733 | $2.6600 |
| 4/2/2020 | Bought | 472 | $2.8100 |
| 4/6/2020 | Bought | 10,000 | $2.9000 |
| 4/6/2020 | Bought | 637 | $2.8150 |
| 4/6/2020 | Sold | -15,700 | $2.8950 |
| 4/6/2020 | Sold | -100 | $2.8901 |
| 4/6/2020 | Sold | -4,200 | $2.8900 |
| 4/16/2020 | Bought | 10,000 | $2.6600 |
| 4/16/2020 | Sold | -1,631 | $2.7043 |
| 4/16/2020 | Sold | -300 | $2.7250 |
| 4/16/2020 | Sold | -4,711 | $2.7200 |
| 4/16/2020 | Sold | -3,358 | $2.7100 |
| 5/6/2020 | Sold | -200 | $3.2802 |
| 5/6/2020 | Sold | -100 | $3.2801 |
| 5/6/2020 | Sold | -920 | $3.2800 |
| 5/6/2020 | Sold | -800 | $3.2700 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 5/6/2020 | Sold | -100 | $3.2650 |
| 5/6/2020 | Sold | -20,043 | $3.2600 |
| 5/6/2020 | Sold | -838 | $3.2900 |
| 5/6/2020 | Sold | -900 | $3.3000 |
| 5/6/2020 | Sold | -300 | $3.3000 |
| 5/6/2020 | Sold | -2,084 | $3.2800 |
| 5/7/2020 | Bought | 6,800 | $3.3000 |
| 5/7/2020 | Bought | 8,300 | $3.1599 |
| 5/7/2020 | Bought | 2,500 | $3.2200 |
| 5/7/2020 | Bought | 2,000 | $3.3000 |
| 5/7/2020 | Bought | 3,485 | $3.3199 |
| 5/7/2020 | Bought | 3,200 | $3.2700 |
| 5/8/2020 | Bought | 3,000 | $3.2798 |
| 5/11/2020 | Bought | 10,000 | $3.2550 |
| 5/11/2020 | Bought | 19,300 | $3.2750 |
| 5/11/2020 | Bought | 7,000 | $3.2700 |
| 5/11/2020 | Bought | 7,000 | $3.2700 |
| 5/11/2020 | Bought | 700 | $3.2600 |
| 5/12/2020 | Bought | 2,850 | $3.2397 |
| 5/12/2020 | Bought | 1,466 | $3.2391 |
| 5/12/2020 | Bought | 884 | $3.2399 |
| 5/12/2020 | Bought | 500 | $3.2390 |
| 5/12/2020 | Bought | 1,300 | $3.2350 |
| 6/8/2020 | Sold | -1,000 | $3.8700 |
| 6/8/2020 | Sold | -1,100 | $3.8600 |
| 6/8/2020 | Sold | -7,900 | $3.8500 |
| 6/8/2020 | Sold | -5,700 | $3.8702 |
| 6/8/2020 | Sold | -4,300 | $3.8700 |
| 6/8/2020 | Sold | -8,000 | $3.8800 |
| 6/8/2020 | Sold | -300 | $3.8700 |
| 6/8/2020 | Sold | -1,700 | $3.8600 |
| 6/8/2020 | Sold | -9,100 | $3.8101 |
| 6/8/2020 | Sold | -400 | $3.8001 |
| 6/8/2020 | Sold | -100 | $3.8000 |
| 6/8/2020 | Sold | -4,000 | $3.9301 |
| 6/8/2020 | Sold | -900 | $3.8700 |
| 6/8/2020 | Sold | -9,500 | $3.8700 |
| 6/12/2020 | Bought | 3,500 | $3.9900 |
| 6/12/2020 | Bought | 3,000 | $3.8999 |
| 6/12/2020 | Bought | 3,500 | $3.9000 |
| 6/12/2020 | Bought | 3,000 | $3.8843 |
| 6/12/2020 | Bought | 1,800 | $3.9638 |
| 6/12/2020 | Sold | -15,000 | $4.3300 |
| 6/12/2020 | Bought | 12,900 | $4.0200 |

| Date | Transaction Type | Quantity | Unit Price |
|------|------------------|----------|------------|
| 6/12/2020 | Bought | 1,700 | $4.0100 |
| 6/12/2020 | Sold | -300 | $4.0650 |
| 6/12/2020 | Sold | -300 | $4.0610 |
| 6/12/2020 | Sold | -14,400 | $4.0600 |
| 6/12/2020 | Bought | 1,336 | $4.0599 |
| 6/12/2020 | Bought | 200 | $3.9200 |
| 6/12/2020 | Bought | 400 | $4.0300 |
| 6/12/2020 | Sold | -1,336 | $4.0700 |
| 6/17/2020 | Bought | 10,000 | $4.3500 |
| 6/17/2020 | Bought | 10,000 | $4.2800 |
| 6/17/2020 | Bought | 7,573 | $4.2399 |
| 6/17/2020 | Bought | 10,000 | $4.1800 |
| 6/17/2020 | Bought | 2,327 | $4.2300 |
| 6/17/2020 | Bought | 100 | $4.2250 |
| 6/19/2020 | Sold | -40,000 | $4.4900 |
| 6/23/2020 | Bought | 8,359 | $4.9900 |
| 6/23/2020 | Sold | -200 | $4.9750 |
| 6/23/2020 | Sold | -800 | $4.9702 |
| 6/23/2020 | Sold | -9,000 | $4.9700 |
| 6/23/2020 | Bought | 1,641 | $4.9900 |
| 7/23/2020 | Transferred | 30,000 | $0.0000 |
| 8/3/2020 | Transferred | 30,000 | $0.0000 |
| 8/21/2020 | Bought | 12,953 | $5.7700 |
| 8/21/2020 | Bought | 200 | $5.7650 |
| 8/21/2020 | Bought | 1,847 | $5.7600 |
| 8/24/2020 | Bought | 7,300 | $5.5575 |
| 8/24/2020 | Bought | 7,000 | $5.5899 |
| 8/24/2020 | Bought | 500 | $5.5500 |
| 8/24/2020 | Bought | 100 | $5.5700 |
| 8/24/2020 | Bought | 100 | $5.5500 |
| 8/31/2020 | Bought | 2,102 | $6.1000 |
| 8/31/2020 | Bought | 1,245 | $6.0999 |
| 8/31/2020 | Bought | 1,500 | $6.0998 |
| 8/31/2020 | Bought | 153 | $6.0950 |
| 9/1/2020 | Bought | 5,000 | $5.9700 |
| 9/1/2020 | Sold | -100 | $6.0600 |
| 9/1/2020 | Sold | -9,900 | $6.0400 |
| 9/15/2020 | Sold | -2,883 | $5.3479 |
| 9/15/2020 | Sold | -200 | $5.3432 |
| 9/15/2020 | Sold | -300 | $5.2534 |
| 9/15/2020 | Bought | 100 | $5.2500 |
| 9/15/2020 | Bought | 935 | $5.2400 |
| 9/15/2020 | Bought | 1,548 | $5.2399 |
| 9/15/2020 | Bought | 500 | $5.2390 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 9/15/2020 | Bought | 300 | $5.2100 |
| 9/16/2020 | Bought | 5,000 | $5.2000 |
| 9/16/2020 | Sold | -900 | $5.3350 |
| 9/16/2020 | Sold | -4,100 | $5.3201 |
| 9/16/2020 | Bought | 2,000 | $5.1996 |
| 9/16/2020 | Bought | 3,000 | $5.1900 |
| 9/16/2020 | Bought | 2,000 | $5.2000 |
| 9/16/2020 | Bought | 1,000 | $5.2099 |
| 9/16/2020 | Sold | -8,000 | $5.2701 |
| 9/16/2020 | Bought | 5,000 | $5.2250 |
| 9/16/2020 | Bought | 190 | $5.2000 |